Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DVC, INC. d/b/a FABROCINI'S BEVERLY GLEN, a California corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-04611-SVW-MAR<br><br>Honorable Judge Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 6, 2022<br>Trial Date: None |

1  Plaintiff Salem Rosales ("Plaintiff") hereby notifies the Court that the claims
2  of Plaintiff have settled.  A notice of dismissal with prejudice of Plaintiff's claims
3  in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed
4  upon execution of a formal settlement agreement.

6  Dated: December 20, 2022           Respectfully Submitted,

8  /s/ Binyamin I. Manoucheri
   Thiago M. Coelho
9  Binyamin I. Manoucheri
   **WILSHIRE LAW FIRM**
10 *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 20, 2022          */s/ Binyamin I. Manoucheri*
                                  Binyamin I. Manoucheri