# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DVC, INC. d/b/a FABROCINI'S BEVERLY GLEN, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-04611-SVW-MAR<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)</u>**<br><br>Complaint filed: July 6, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: January 27, 2023   By: _____
Hon. Stephen V. Wilson
United States District Judge